UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| KRISTA GUINN, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | Case No. 1:13-cv-250 |
| v. ) | |
| ) | Judge Mattice |
| MAPCO EXPRESS, INC., and ) | |
| DEREK US HOLDINGS, INC., ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

## ORDER

The parties' "Joint Motion to Stay Proceedings" (Doc. 11) is hereby **GRANTED**. The parties are **ORDERED** to file a joint status **90 days from the date of this Order**, and **every 90 days thereafter** throughout the pendency of the stay.

Defendants' Motion to Dismiss (Doc. 6) is **DENIED WITH LEAVE TO REFILE**. In the event that the parties' mediation proves unsuccessful, Defendants shall file their answer or refile their motion to dismiss **within 14 days** after the Court enters an order lifting the stay.

**SO ORDERED** this 17th day of January, 2014.

_____*/s/ Harry S. Mattice, Jr.*_____
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE